UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| TIJAYANNA DOBBINS,<br><br>    Plaintiff,<br><br>v.<br><br>LVNV FUNDING LLC,<br><br>    Defendant. | Case No.: 5:25-CV-00457-BO |

## JOINT STIPULATION OF DISMISAL WITH PREJUDICE

COME NOW Plaintiff, Tijayanna Dobbins, and Defendant, LVNV Funding, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and herby stipulate to dismiss, **with prejudice,** this action, with Plaintiff and Defendant to bear their own attorneys' fees, costs, and expenses.

Dated: September 3, 2025

Respectfully Submitted,

*Tijayanna Dobbins*
Tijayanna Dobbins
1123 Lerain Ct.
Statesville, NC 28625

*Pro Se Plaintiff*

**FROST ECHOLS LLC**

*/s/* David A. Grassi, Jr.
David A. Grassi, Jr. (N.C. Bar No. 38191)
P. O. Box 12645
Rock Hill, SC 29731
Telephone: (803) 329-8982
Email: david.grassi@frostechols.com

*Attorneys for Defendant*
*LVNV Funding LLC*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 3, 2025, the foregoing was filed and will be served upon Plaintiff via first class U.S. mail addressed as follows:

Tijayanna Dobbins
1123 Lerain Ct.
Statesville, NC 28625

*Pro Se Plaintiff*

　　　　　　　　　　　　　　　　*/s/* David A. Grassi, Jr.
　　　　　　　　　　　　　　　　David A. Grassi, Jr.